TOWN OF CUMBERLAND

v.

June S. NAUTEL et al.

No. 79–376–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Richard R. Ackerman, Town Sol., Woonsocket, for petitioner.

Little, Little, McDonald & Gaschen, Francis A. Gaschen, East Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.